IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICIA A. WESTMORE AND
DWIGHT R. WESTMORE,

    Plaintiffs,

JUDGMENT IN A CIVIL CASE

Case No. 14-CV-861-wmc

v.

DAVID HYDE, CALLAE K. HYDE,
SHERIFF MICHAEL W. BRENNAN,
DEPUTY TERRI L. PROVOST, AND
ASHLAND COUNTY, WISCONSIN,

    Defendants.

    This action came before the court and a jury for consideration with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of all defendants.

    The jury returned a verdict in favor of defendants David Hyde, Callae K. Hyde, and Deputy Terri L. Provost finding no liability.

    The court granted summary judgment in favor of defendants Callae K. Hyde, Sheriff Michael W. Brennan, and Ashland County, Wisconsin.

Approved as to form this 27th day of May, 2016

_____
William M. Conley, U.S. District Judge

_____    5/27/16
Peter Oppeneer, Clerk of Court      Date
(deputy clerk)